IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEOFFREY H. ANDERSON,

    Plaintiff,

v.          CASE NO. 4:09cv134-RH/WCS

ANDREW DAWSON et al.,

    Defendants.

_____/

**ORDER AWARDING SANCTIONS AND GIVING THE PLAINTIFF
A FINAL OPPORTUNITY TO APPEAR FOR HIS DEPOSITION**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 77, and the objections, ECF No. 79. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is ACCEPTED and adopted as the court's opinion.

2. The defendants' motion to dismiss, ECF No. 66, is DENIED.

3. The plaintiff may change his address of record at any time by filing a notice of change of address. The plaintiff may establish a telephone number of

record by filing a notice listing a telephone number at which he can be reached.

    4. The defendant may schedule the plaintiff's deposition in Tallahassee by sending a written notice to the plaintiff at his address of record. The notice must be mailed at least 14 days before the scheduled deposition. The defendant may select the date for the deposition without consulting with the plaintiff. But if the plaintiff establishes a telephone number of record at least seven days before the scheduled deposition, the defendant must attempt to reach the plaintiff by telephone to advise him of the date and to discuss rescheduling the deposition in accordance with the next sentence. If the plaintiff asks by telephone at least seven days before the scheduled deposition, or asks in a writing actually received by the defendant's attorney at least seven days before the scheduled deposition, the defendant must reschedule the deposition to an alternate date—if there is one—that is (a) reasonably available on the defendant's attorney's calendar, (b) preferred by the plaintiff, and (c) not more than 14 days after the originally scheduled date. If no such alternate date exists, the deposition will go forward on the originally scheduled date.

    5. If the plaintiff fails to appear for a deposition duly scheduled in accordance with this order, the case will be dismissed. Plaintiff will not be given yet another chance to comply with his obligation to appear for a deposition.

    6. The plaintiff must pay the defendant $995 in expenses incurred as a result

of the plaintiff's failure to appear for his deposition.

SO ORDERED on April 16, 2011.

s/Robert L. Hinkle<br>United States District Judge