**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GEOFFREY H. ANDERSON,**

      **Plaintiff,**

**vs.**                              **Case No. 4:09cv134-RH/WCS**

**ANDREW DAWSON,
et al.,**

      **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

Plaintiff, who is *pro se*, filed a document stating his intention to voluntarily

withdraw his claim against Defendant Jennifer Frost.  Docs. 88, 89.  Because Plaintiff's

notice was not a stipulated notice, and because this Defendant had already filed a

motion for summary judgment, I entered an order directing a reply from Defendant

Frost.  Doc. 90.  Defendant Frost has responded and consents to the dismissal. Doc. 91

and 92.

Voluntary dismissals are provided for in Rule 41 of the Federal Rules of Civil

Procedure.  Rule 41(a) permits voluntary dismissal by a plaintiff, without a court order,

when the notice of dismissal is filed "before the opposing party serves either an answer

or a motion for summary judgment;" *or* it is "stipulated by all parties who have

appeared." FED. R. CIV. P. 41(a)(1).  Now that the parties stipulate to dismissal, it

should be accepted.  It is therefore recommended that Plaintiff's claims against

Defendant Frost be dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's notice

of voluntary dismissal, doc. 88, be **ACCEPTED** and all claims against Defendant

Jennifer Frost be **DISMISSED,** and this case be **REMANDED** to me for further

proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on May 17, 2011.


 S/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**