# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GEOFFREY H. ANDERSON

    Plaintiff,

v.                                               CASE NO. 4:09cv134-RH/WCS

ANDREW DAWSON et al.,

    Defendants.

_____/

## ORDER DISMISSING THE CLAIMS AGAINST
## THE DEFENDANT JENNIFER FROST

This case is before the court on the magistrate judge's report and recommendation, ECF No. 93. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's claims against the defendant Jennifer Frost are voluntarily dismissed. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b). The case is remanded to the magistrate judge for further

proceedings.

  SO ORDERED on June 18, 2011.

              <u>s/Robert L. Hinkle    </u>
              United States District Judge

*Case No: 4:09cv134-RH/WCS*